UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDINA SAN JUAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO, a Delaware business entity; NOEL SCHOENWANDT, an individual; and Does 1-100, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-02529-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

After consideration of the Stipulation of Plaintiff Segundina San Juan ("Plaintiff") and Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB and NOLE SCHOENWANDT (erroneously sued as "Noel Schoenwandt") (collectively "Wells Fargo") by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

/ / /

/ / /

/ / /

1.  The parties' stipulation is GRANTED.

2.  Wells Fargo has until September 26, 2012 to file its Motion to Dismiss the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 24, 2012

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

