IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEGUNDINA SAN JUAN,

    Plaintiff,

  v.

WELLS FARGO BANK,

    Defendant.

No. C 12-02529 CRB

**ORDER GRANTING MOTION TO STRIKE PORTIONS OF COMPLAINT AND VACATING HEARING**

The Court is in receipt of Defendants' Motion to Strike Portions of Plaintiff's Second Amended Complaint, dkt. 33, and Plaintiff's Statement of Non-Opposition to that Motion, dkt. 34. Good cause appearing therefor, the Court GRANTS Defendants' Motion. The hearing currently set for Friday, November 2, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 25, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2529\order re mot to strike.wpd