**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEGUNDINA SAN JUAN,

    Plaintiff,

  v.

WELLS FARGO BANK, ET AL.,

    Defendants.
                       /

No. C 12-02529 CRB

**JUDGMENT**

    Having granted Defendants' Motion for Judgment on the Pleadings (dkt. 50), the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: April 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2529\judgment.wpd