IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGUNDINA SAN JUAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, ET AL.,<br><br>    Defendants.                  / | No. C 12-02529 CRB<br><br>**JUDGMENT** |

     Having granted Defendants' Motion for Judgment on the Pleadings (dkt. 50), the Court hereby enters judgment for Defendants and against Plaintiff.

     **IT IS SO ORDERED.**

Dated: April 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2529\judgment.wpd